No. 1128, Misc.   QUARLES *v.* CLARK, ATTORNEY GENERAL, ET AL.   C. A. D. C. Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for respondents.

No. 1130, Misc.   RAMIREZ *v.* EYMAN, WARDEN, ET AL. Sup. Ct. Ariz.   Certiorari denied.

No. 1118, Misc.   WOOD *v.* BLACKWELL, WARDEN. C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.   *Solicitor General Griswold* for respondent.

No. 442.   SWOFFORD ET AL., DBA PATHFINDER CO. *v.* B & W, INC., *ante,* p. 935;

No. 223, Misc.   MENDEZ *v.* CALIFORNIA, *ante,* p. 1007;

No. 711, Misc.   SUMRALL *v.* UNITED STATES, *ante,* p. 991;

No. 778, Misc.   KNEPFLER *v.* UNITED STATES, *ante,* p. 1005;

No. 787, Misc.   WILLARD *v.* FLORIDA, *ante,* p. 989; and

No. 861, Misc.   BENNETT *v.* NORTH CAROLINA, *ante,* p. 1006.   Petitions for rehearing denied.

JANUARY 27, 1969.

No. 138.   POWELL ET AL. *v.* McCORMACK, SPEAKER OF THE HOUSE OF REPRESENTATIVES, ET AL.   C. A. D. C. Cir. Further consideration of respondents' suggestion of mootness postponed to hearing of case on the merits.   [For earlier orders herein, see, *e. g., ante,* p. 1009.]